UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RALPH CHARLES GRAHAM,          )<br>                                                              )<br>            Plaintiff,                          )<br>                                                              )<br>      vs.                                               )<br>                                                              )     Case No. 2:17-cv-03560-MMB<br>CORELOGIC RENTAL PROPERTY  )<br>SOLUTIONS, LLC,                            )<br>                                                              )<br>            Defendant.                      )<br>                                                              ) | |

**DEFENDANT CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC'S
<u>RULE 7.1 CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant CoreLogic Rental Property Solutions, LLC submits the following disclosures:

CoreLogic Rental Property Solutions, LLC has the following parent corporation and publicly held corporation that owns 10% or more of its stock:  CoreLogic Rental Property Solutions, LLC is ultimately a wholly-owned subsidiary of CoreLogic, Inc., which is publicly traded on the New York Stock Exchange under the symbol "CLGX."

Dated: September 28, 2017                    Respectfully submitted,

                                                                 <u>/s/ M. Duncan Grant</u>
                                                                 M. Duncan Grant (PA Bar No. 21726)
                                                                 Erica H. Dressler (PA Bar No. 519953)
                                                                 Pepper Hamilton LLP
                                                                 3000 Two Logan Square
                                                                 Philadelphia, PA  19103-2799
                                                                 Phone: 215.981.4000
                                                                 Fax: 215.981.4750
                                                                 grantm@pepperlaw.com
                                                                 dresslee@pepperlaw.com

                                                                 *Attorneys for Defendant CoreLogic Rental Property Solutions, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that, on September 28, 2017, a true and correct copy of the foregoing Defendant CoreLogic Rental Property Solutions, LLC's Rule 7.1 Corporate Disclosure Statement was electronically filed with the Court's ECF system and served on all counsel of record who are deemed to have consented to electronic service.

                                                  /s/ M. Duncan Grant
                                                  M. Duncan Grant