APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RALPH CHARLES GRAHAM | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CORELOGIC RENTAL PROPERTY SOLUTIONS | : | NO. 2:17-CV-03560-MMB |

ORDER

AND NOW, this 20th Day of October, 2017, it is hereby

ORDERED that the application of __John J. Atallah__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.

☐ DENIED.

_Michael M. Baylson_ she
J.