IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RALPH CHARLES GRAHAM,**<br><br>  Plaintiff,<br><br>  v.<br><br>**CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC,**<br><br>  Defendant. | Civil Action No. 17-3560 |

**DEFENDANT CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC'S
NOTICE OF NON-OPPOSITION TO PLAINTIFF'S
MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Defendant CoreLogic Rental Property Solutions, LLC ("CoreLogic"), by and through its undersigned counsel, hereby submits notice that CoreLogic does not oppose Plaintiff's Motion for Leave to File Amended Complaint, filed with this Court on or about February 27, 2018.

Dated:  March 13, 2018                                      Respectfully submitted,

                                                                                     */s/ Christi A. Lawson*
                                                                                      Christi A. Lawson (FL Bar No. 0498351)
                                                                                         (admitted *pro hac vice*)
                                                                                      Foley & Lardner LLP
                                                                                      111 North Orange Avenue, Suite 1800
                                                                                      Orlando, FL 32801-2386
                                                                                      Phone: 407.244.3235
                                                                                      Fax: 407.648.1743
                                                                                      clawson@foley.com

                                                                                      John J. Atallah (CA Bar No. 294116)
                                                                                         (admitted *pro hac vice*)
                                                                                      Foley & Lardner LLP
                                                                                      555 South Flower Street, Suite 3500
                                                                                      Los Angeles, CA 90071-2411

Phone: 213.972.4500
Fax: 213.486.0065
jatallah@foley.com

M. Duncan Grant (PA Bar No. 21726)
Erica H. Dressler (PA Bar No. 319953)
Pepper Hamilton LLP
3000 Two Logan Square
Philadelphia, PC 19103-2799
Phone: 215.981.4000
Fax: 215.981.4750
grantm@pepperlaw.com

*Attorneys for Defendant CoreLogic Rental Property Solutions, LLC*

4837-7752-8159.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2018, the foregoing DEFENDANT CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT was filed via the CM/ECF system, which will send notification to counsel of record, as follows:

Gregory Gorski
Two Logan Square
100 N. 18th Street, Suite 300
Philadelphia, PA 19103
greg@greggorskilaw.com

FOLEY & LARDNER LLP

*/s/ Christi A. Lawson*
Christi A. Lawson