# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| RALPH CHARLES GRAHAM<br><br>v.<br><br>CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC | CIVIL ACTION<br><br>NO. 17-3560 |
|---|---|

## ORDER

**AND NOW, TO WIT:** This 7th day of August, 2018, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs.

**KATE BARKMAN**, Clerk of Court

**BY:**  /s/ Lori K. DiSanti

Lori K. DiSanti
Deputy Clerk

O:\CIVIL 17\17-3560 GRAHAM V CORELOGIC\17CV3560 41B ORDER 08072018.DOCX